IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| CALVIN PHILLIPS, | : |
| Plaintiff | : |
| VS. | : |
| | : CIVIL ACTION NO. 1:07-CV-11 (WLS) |
| Ms. HOLMES; Sheriff JAMIL SABA, | : |
| | : **PROCEEDINGS UNDER 42 U.S.C. §1983** |
| Defendants | : **BEFORE THE U. S. MAGISTRATE JUDGE** |

**O R D E R**

Plaintiff **CALVIN PHILLIPS**, a pretrial detainee at the Dougherty County Jail in Albany, Georgia, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. He also seeks leave to proceed without prepayment of the $350.00 filing fee or security therefor pursuant to 28 U.S.C. § 1915(a).

Although plaintiff seeks leave to proceed *in forma pauperis*, he failed to provide the Court with a certified copy of his trust fund account statement for the past four months.[1] Therefore, the Court does not have sufficient information to determine the average monthly deposits or the average monthly balance in plaintiff's prison trust account for the past four months as required by 28 U.S.C. § 1915.

Accordingly, plaintiff is instructed to provide the Court with a certified copy of his trust fund account statement for the last four months.

---

[1] Plaintiff states that he has been incarcerated in the Dougherty County Jail since September 5, 2006.

Plaintiff shall have until **February 12, 2007** to provide the aforementioned information. Failure to comply with this Order shall result in the dismissal of plaintiff's complaint. There shall be no service of process in this case until further order of the Court.

**SO ORDERED**, this 17th day of January, 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

lnb