IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| CALVIN PHILLIPS, | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO. 1:07-CV-11 (WLS) |
| VS. | : | |
| | : | **PROCEEDINGS UNDER 42 U.S.C. §1983** |
| Ms. HOLMES; Sheriff JAMIL SABA, | : | **BEFORE THE U. S. MAGISTRATE JUDGE** |
| Defendants | : | **O R D E R** |

Plaintiff, **CALVIN PHILLIPS**, has filed a second Motion to Appoint Counsel to assist him with his civil complaint brought pursuant to 42 U.S.C. § 1983. (R. at 7). The Court previously entered an Order dated January 17, 2006 in which it denied plaintiff's first request for counsel. (R. at 6). For the same reasons discussed in detail in that Order, plaintiff's second Motion to Appoint Counsel is **DENIED**.

**SO ORDERED**, this 23rd day of January, 2007.

>   */s/ Richard L. Hodge*
>   RICHARD L. HODGE
>   UNITED STATES MAGISTRATE JUDGE

lnb

Dockets.Justia.com